**Pablo Enrique Marin ROJAS, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 08–71500.

United States Court of Appeals, Ninth Circuit.

Submitted June 29, 2010.*

Filed July 19, 2010.

Pablo Enrique Marin Rojas, Huntington Park, CA, pro se.

CAC–District Counsel, Esquire, Office of the District Counsel Department of Homeland Security, Los Angeles, CA, DOJ—U.S. Department of Justice Civil Division/Office of Immigration Litigation, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: ALARCÓN, LEAVY, and GRABER, Circuit Judges.

MEMORANDUM **

Pablo Enrique Marin Rojas, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' order summarily affirming an immigration judge's ("IJ") removal order. We have jurisdiction under 8 U.S.C. § 1252. Reviewing de novo questions of law, *Castillo–Perez v. INS*, 212 F.3d 518, 523 (9th Cir.2000), we deny the petition for review.

The IJ properly concluded Rojas was statutorily ineligible for cancellation of removal because he lacks a qualifying relative. *See* 8 U.S.C. § 1229b(b)(1)(D); *see also Molina–Estrada v. INS*, 293 F.3d 1089, 1093–94 (9th Cir.2002) (denying cancellation of removal where alien lacked a qualifying relative).

Rojas' remaining contentions are unavailing.

**PETITION FOR REVIEW DENIED.**

CAC–District Counsel, Esquire, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Richard M. Evans, Esquire, Assistant Director, Christina Bechak Parascandola, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: ALARCÓN, LEAVY, and GRABER, Circuit Judges.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

